**The People of the State of Illinois, Plaintiff-Appellee, v. John Wesley Harris, Defendant-Appellant.**

Gen. No. 66–136. 

Fifth District.

July 1, 1967.

Hoaglund, Maucker, Bernard & Almeter, of Alton (James K. Almeter, of counsel), for appellant; Leon G. Scroggins, of Edwardsville, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.